IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL SCOTT BURDETTE, ) | |
| AIS # 193641, ) | |
|  ) | |
| Plaintiff, ) | |
|  ) | |
| v.  ) | CIVIL ACTION NO. 2:08cv703-CSC |
|  ) | |
| SARGENT SMITH and OFFICER ROSS, ) | |
|  ) | |
| Defendants. ) | |

**OPINION and ORDER**

The court having been informed that this case is now settled, it is the

ORDERED that this lawsuit be and is hereby DISMISSED in its entirety with prejudice, with the parties to bear their own costs and with leave to any party to file, within 45 days, a motion to have the dismissal set aside and the case reinstated or the settlement enforced, should the settlement not be consummated. It is further

ORDERED that all pending motions be and are hereby DENIED as moot.

Done this 22nd day of September, 2011.

　　　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE